■ HEADCRAFT MANUFACTURING CORP., Appellant, v 682 SIXTH AVENUE HOUSING DEVELOPMENT FUND CORPORATION, Respondent. [608 NYS2d 819] —Order, Supreme Court, New York County (William J. Davis, J.), entered on or about February 25, 1993, unanimously affirmed for the reasons stated by Davis, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Tom, JJ.

■ In the Matter of INSTITUTO DE RESSEGUROS DO BRASIL, Appellant, v FIRST STATE INSURANCE COMPANY, Respondent. [608 NYS2d 820] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered June 21, 1993, unanimously affirmed for the reasons stated by Schlesinger, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Tom, JJ.

■ PONTEVEDRA BAR & RESTAURANT CORP., Respondent, v THOMAS A. DUFFY, as Commissioner of the State Liquor Authority, et al., Appellants. [608 NYS2d 820] —Judgment, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered on or about June 22, 1993, unanimously affirmed for the reasons stated by Gangel-Jacob, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Tom, JJ.

■ MARK TRAVIS, Individually and as Executor of VERONICA